**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REYNI JOSE PENA SISA, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:26-cv-04 |
| vs. | ) | |
| | ) | District Judge Stephanie L. Haines |
| WARDEN *et al.,* | ) | Magistrate Judge Peter E. Ormsby |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

Petitioner, with the assistance of counsel, commenced this Petition by Writ of Habeas Corpus on January 2, 2026. ECF No. 1. By Rule and Order dated January 16, 2026, Judge Pesto directed the Marshal to make service, with costs to be advanced by Petitioner. ECF No. 7. The Marshal has advised the Court that service costs were requested from Petitioner by letter to counsel dated January 28, 2026, and payment was not received. Therefore, the Petition has not been served.

Petitioner is directed to pay service costs as requested by the Marshal and as ordered by Judge Pesto within twenty (20) days of the date of this Order. The failure to do so will be taken to indicate that Petitioner has abandoned his claims in this matter, and may lead to a recommendation to the District Judge that the matter be dismissed for failure to prosecute and/or to comply with an Order of Court.

1

AND NOW, this 15th day of July 2026, IT IS SO ORDERED.

BY THE COURT:

_____

Peter E. Ormsby
United States Magistrate Judge