**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REYNI JOSE PENA SISA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:26-cv-04<br><br>District Judge Stephanie L. Haines<br>Magistrate Judge Peter E. Ormsby |

**<u>REPORT AND RECOMMENDATION</u>**

Petitioner Reyni Jose Pena Sisa, with the assistance of counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner challenged the lawfulness of his immigration detention. The Petition was not served on Respondents, because Petitioner did not advance service costs as directed by the Court. ECF Nos. 7, 8.

Because a search of the online ICE detainee locator revealed no records for Petitioner, the Court directed Petitioner to file a status update. ECF No. 9. On August 10, 2026, Petitioner, through counsel, confirmed that Petitioner has been removed to Spain. ECF No. 10.

The Petition is now moot, because due to Petitioner's removal, he "has achieved the result he sought in his habeas petition and his change in circumstances has 'forestalled any occasion for meaningful relief.'" *Nunes v. Decker*, 480 Fed.Appx. 173, 175 (3d Cir. 2012) (quoting *Artway v. Att'y Gen*., 81 F.3d 1235, 1246 (3d Cir. 1996)). Further, when a petitioner who filed an immigration-related petition has been removed from the United States, this Court can no longer exercise habeas corpus jurisdiction. *Kumarasamy v. Attorney General of U.S.*, 453 F.3d 169, 173 (3d Cir.2006).

For these reasons, it is respectfully recommended that the Petition (ECF No. 1) be denied as moot.

**Notice to the Parties**

Pursuant to the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Civil Rules, the parties may, within fourteen (14) days, file objections to this Report and Recommendation. Failure to do so will waive the right to appeal. *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011).

Signed on August 19, 2026.

Peter E. Ormsby
United States Magistrate Judge